IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO CERAGIOLI, by and through his successor-in-interest Elizabeth Ceragioli,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE, et al.,<br><br>Defendants. | No. 2:23-CV-1113-DMC<br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pursuant to Eastern District of California Local Rules, Appendix A, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: August 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1