1  Paul A. Cardinale, State Bar No. 215812
2  Gregory T. Fayard, State Bar No. 212930
   Subreen K. Sandhu, State Bar No. 348040
3  **MEDICAL DEFENSE LAW GROUP**
   3800 Watt Avenue, Suite 245
4  Sacramento, CA 95821
   Tel: (916) 244-9116
5  Fax: (916) 244-9130
6  paul.cardinale@med-defenselaw.com
   greg.fayard@med-defenselaw.com
7  subreen.sandhu@med-defenselaw.com

8  Attorneys for Defendants WELLPATH, LLC; WELLPATH MANAGEMENT, INC.; CRYSTAL
9  COMER; TANYA ATKINSON and PAMELA JOHANSEN

10                          **UNITED STATES DISTRICT COURT**

11                          **EASTERN DISTRICT OF CALIFORNIA**

12  DARIO CERAGIOLI, deceased by and          CASE NO. 2:23-cv-01113-TLN-DMC
    through ELIZABETH CERAGIOLI, as
13  Successor in Interest, ELIZABETH           **STIPULATION AND ORDER TO**
    CERAGIOLI in her personal capacity, MARY  **EXTEND DEADLINE FOR WELLPATH**
14  CERAGIOLI, ANTHONY CERAGIOLI, and          **DEFENDANTS TO RESPOND TO FIRST**
    JOSHUA CERAGIOLI,                          **AMENDED COMPLAINT**
15
16              Plaintiffs,                    Complaint Filed:       June 12, 2023
                                               1st Am. Comp. Filed:   June 12, 2024
17        vs.                                  Trial Date:            None Set
18
    BUTTE COUNTY, a municipal corporation;
19  Sheriff KORY L. HONEA; CASEY O'HERN;
    JOSEPH GEORGE; CRYSTAL COMER; TANYA
20  ATKINSON; PAMELA JOHANSEN; and
    WELLPATH, LLC; WELLPATH
21  MANAGEMENT, Inc.; and DOES 1 through 60,
    inclusive,
22
23              Defendants.
24
25
26        Plaintiffs DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as
27  Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI,
28  ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI and Defendants WELLPATH, LLC,

WELLPATH MANAGEMENT, INC., CRYSTAL COMER, TANYA ATKINSON, and PAMELA JOHANSEN ("Wellpath Defendants"), by and through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

<u>RECITALS</u>

A.   On June 12, 2024, Plaintiffs filed a First Amended Complaint (ECF 34).

B.   The responsive pleading on behalf of the Wellpath Defendants to the First Amended Complaint is due on July 3, 2024.

C.   The parties are meeting and conferring as to the potential filing of a Motion to Dismiss on behalf of Defendants WELLPATH, LLC and WELLPATH MANAGEMENT, INC. as to Counts 5 and 9 of the First Amended Complaint. The parties hope to avoid further motion practice but require additional time to meet and confer on these issues.

D.   This is the parties' first stipulation to extend the time for the Wellpath Defendants to file a responsive pleading to the First Amended Complaint.

E.   In light of the above, the parties stipulate that the responsive pleading on behalf of the Wellpath Defendants will be extended 30 days from the original deadline. The new deadline will be August 2, 2024.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLPATH DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

<u>STIPULATION</u>

Given the foregoing, the parties respectfully request that the Court approve the parties' stipulation that the deadline to file a responsive pleading on behalf of the Wellpath Defendants be extended 30 days to August 2, 2024.

Dated:  July 1, 2024                    **MEDICAL DEFENSE LAW GROUP**

                                        */s/ Paul A. Cardinale*
                             By: _____
                                        Paul A. Cardinale, Esq.
                                        Attorney for Defendants WELLPATH, LLC;
                                        WELLPATH MANAGEMENT, INC.; CRYSTAL
                                        COMER; TANYA ATKINSON and PAMELA
                                        JOHANSEN

Dated:  July 1, 2024                    **MITCHELL LEEDS, LLP**

                             By: _____
                                        Nathaniel M. Leeds, Esq.
                                        Jeffrey Mitchell, Esq.
                                        Attorney for Plaintiffs DARIO CERAGIOLI, deceased
                                        by and through ELIZABETH CERAGIOLI, as
                                        Successor in Interest, ELIZABETH CERAGIOLI in
                                        her personal capacity, MARY CERAGIOLI,
                                        ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline to file a responsive pleading on behalf of the Wellpath Defendants is extended until August 2, 2024.

Dated: July 2, 2024

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLPATH DEFENDANTS TO RESPOND
TO FIRST AMENDED COMPLAINT