1 | Jeffrey Mitchell, Esq. (SBN: 188751)
Nathaniel M. Leeds, Esq. (SBN: 246138)
2 | Rujuta Nandgaonkar, Esq. (SBN: 356648)
MITCHELL LEEDS, LLP
3 | 290 7th Avenue
San Francisco, CA 94118
4 | Tel:  (415) 702-9928
Fax: (415) 276-9099
5 |
Attorneys for Plaintiffs,
6 | DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest,
ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI,
7 | and JOSHUA CERAGIOLI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI,<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY, a municipal corporation; Sheriff KORY L. HONEA, individually and in his official capacity as Sheriff of BUTTE COUNTY; CASEY O'HERN, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; JOSEPH GEORGE, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; CRYSTAL COMER; TANYA ATKINSON; PAMELA JOHANSEN; and WELLPATH, LLC; WELLPATH MANAGEMENT, Inc.; and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01113-DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO OPPOSE DEFENDANTS' REINSTATED MOTION TO DISMISS**<br><br>Complaint Filed:       6/12/23<br>1st Am. Comp. Filed:  6/12/24<br>Trial Date:            None Set |

1

JOINT STIPULATION AND ORDER TO EXTEND TIME

Plaintiffs DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI, and Defendants WELLPATH, LLC, WELLPATH MANAGEMENT, INC., CRYSTAL COMER, TANYA ATKINSON, and PAMELA JOHANSEN (collectively referred to as the "Parties") by and through their respective counsels of record, have met and conferred and jointly submit the following stipulation and proposed order to extend Plaintiffs' time to file Opposition to Wellpath Defendants' Reinstated Motion to Dismiss (ECF No. 52) to September 26, 2025, and the related reply deadline to 10 days thereafter, or a date soon thereafter as convenient for the Court.

This request is based on good cause set forth below:

1. The original complaint in this case was filed on June 12, 2023. The First Amended Complaint was filed on June 12, 2024.

2. On November 11, 2024, Defendants Wellpath, LLC, and Wellpath Management, Inc., (collectively, the "Wellpath Defendants") filed bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court"). On November 13, 2024, the Wellpath Defendants informed this Court and the parties to this action of the bankruptcy petitions, jointly administered under lead Case No. 24-90533, and advised of an automatic stay to proceedings in the instant action.

3. On June 4, 2025, the Bankruptcy Court issued a General Form of Order stating that the stay was no longer in effect, a Liquidating Trust had assumed the Wellpath Defendants' liability in claims, and establishing trust distribution procedures.

//

4. Parties have met and conferred and do not agree regarding the implications of bankruptcy discharge instructions for the pleadings here.

5. On July 23, 2025, Bankruptcy Court Judge Alfredo R. Pérez acknowledged the confusion regarding discharge instructions.

6. Parties have met and conferred after the July 23, 2025 hearing and agree that an extension of time for Plaintiffs' Opposition to Wellpath Defendants' Motion to Dismiss is in the interest of justice so they can confer further about guidance from the Bankruptcy Court regarding the discharge orders.

7. Therefore, Parties request an extension of time from August 14, 2025 to September 26, 2025 for Plaintiffs' Opposition to the Motion to Dismiss.

8. This is the second request for extension of time for Plaintiffs' Opposition, and the first joint stipulation requesting extension. The first request for extension of time was a motion for 45-day extension made by Plaintiffs. On July 1, 2025, the Court issued its Minute Order on the first request, allowing filing of Plaintiffs' Opposition by August 14, 2025, vacating the set Motion to Dismiss hearing, and stating that should the Court deem oral argument necessary, it will be scheduled at a later date.

9. The Parties request and stipulate that Wellpath Defendants' reply deadline will run with the new Opposition due date.

The Parties respectfully submit that the circumstances set forth above demonstrate good cause to grant the requested extension, and the interests of justice will be served by the same.

| | | |
|---|---|---|
| DATED:  August 13, 2025 | | MITCHELL LEEDS, LLP |
| | By: | */s/ Nathaniel Leeds, Esq.*<br>Nathaniel M. Leeds<br>Attorney for Plaintiffs |
| DATED:  August 13, 2025 | | MEDICAL DEFENSE LAW GROUP |
| | By: | */s/ Paul Cardinale, Esq*. authorized on 8/13/25<br>Paul A. Cardinale, Esq.<br>Attorney for Defendants WELLPATH, LLC; WELLPATH MANAGEMENT, INC.; CRYSTAL COMER; TANYA ATKINSON; and PAMELA JOHANSEN |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' time to file Opposition to Wellpath Defendants' Reinstated Motion to Dismiss is extended to September 26, 2025, and the related Defendants' reply deadline extended to 10 days thereafter.

DATED: August 13, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE