Jeffrey Mitchell, Esq. (SBN: 188751)
Nathaniel M. Leeds, Esq. (SBN: 246138)
Rujuta Nandgaonkar, Esq. (SBN: 356648)
**MITCHELL LEEDS, LLP**
290 7th Avenue
San Francisco, CA 94118
Tel:  (415) 702-9928
Fax: (415) 276-9099

Attorneys for Plaintiffs,
DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI,<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY, a municipal corporation; Sheriff KORY L. HONEA, individually and in his official capacity as Sheriff of BUTTE COUNTY; CASEY O'HERN, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; JOSEPH GEORGE, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; CRYSTAL COMER; TANYA ATKINSON; PAMELA JOHANSEN; and WELLPATH, LLC; WELLPATH MANAGEMENT, Inc.; and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01113-TLN-DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO OPPOSE DEFENDANTS' REINSTATED MOTION TO DISMISS**<br><br><br>**Complaint Filed:**   6/12/23<br>**1st Am. Comp. Filed:**  6/12/24<br><br>**Trial Date:**   TBD |

/ / /

---

1

JOINT STIPULATION AND ORDER TO EXTEND TIME

Plaintiffs DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI, and Defendants WELLPATH, LLC, WELLPATH MANAGEMENT, INC., CRYSTAL COMER, TANYA ATKINSON, and PAMELA JOHANSEN (collectively referred to as the "Parties") by and through their respective counsels of record, have met and conferred and jointly submit the following stipulation and proposed order to extend Plaintiffs' time to file Opposition to Wellpath Defendants' Reinstated Motion to Dismiss (ECF No. 52) to April 9, 2026, and the related reply deadline to 10 days thereafter, or a date soon thereafter as convenient for the Court.

This request is based on good cause set forth below:

1. The original complaint in this case was filed on June 12, 2023. The First Amended Complaint was filed on June 12, 2024.

2. On November 11, 2024, Defendants Wellpath, LLC, and Wellpath Management, Inc., (collectively, the "Wellpath Defendants") filed bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court"). On November 13, 2024, the Wellpath Defendants informed this Court and the parties to this action of the bankruptcy petitions, jointly administered under lead Case No. 24-90533, and advised of an automatic stay to proceedings in the instant action. The stay was lifted on June 4, 2025.

3. On June 19, 2025, Wellpath Defendants filed a Motion to Dismiss in this Court.

4. On January 25, 2026, the Bankruptcy Court issued a Revised and Amended Order stating that the Wellpath Liquidating Trust could be included in litigation as a nominal defendant. The Revised and Amended Order further stated that the

JOINT STIPULATION AND ORDER TO EXTEND TIME

Wellpath Defendants could not be included in litigation unless such inclusion was necessary for claimants to seek or maintain insurance coverage for their claim. Any motion filed by Plaintiff to the Bankruptcy Court to proceed against Wellpath Defendants would need to provide sufficient evidence to the Bankruptcy Court that (a) insurance coverage exists for such claims and (b) either (i) there is no applicable self-insured retention ("SIR") or (ii) such a claim will exceed the applicable SIR.

5. Parties have met and conferred regarding the insurance coverage and SIR status of Wellpath Defendants, and the need for a motion to the Bankruptcy Court to confirm Wellpath Defendants' party status.

6. Parties agree that an extension of time for Plaintiffs' Opposition to Wellpath Defendants' Motion to Dismiss is in the interest of justice to allow Plaintiffs time to seek an order from the Bankruptcy Court.

7. Therefore, Parties request an extension of time from February 23, 2026, to April 9, 2026, for Plaintiffs' Opposition to the Motion to Dismiss.

8. While awaiting guidance from the Bankruptcy Court regarding the party status of the Wellpath Defendants and the Wellpath Liquidating Trust, Plaintiffs and Parties jointly have made requests to this Court and received orders on the following dates for extensions of time to file Plaintiffs' Opposition:

    a. July 1, 2025

    b. August 14, 2025

    c. September 26, 2025

    d. November 10, 2025

    e. January 6, 2026

JOINT STIPULATION AND ORDER TO EXTEND TIME

9. The Parties request and stipulate that Wellpath Defendants' reply deadline will run with the new Opposition due date.

The Parties respectfully submit that the circumstances set forth above demonstrate good cause to grant the requested extension, and the interests of justice will be served by the same.

DATED:  February 20, 2026            MITCHELL LEEDS, LLP


By:    /s/ Nathaniel Leeds, Esq.
      Nathaniel M. Leeds
      Attorney for Plaintiffs


DATED:  February 20, 2026            MEDICAL DEFENSE LAW GROUP


By:    /s/ Paul Cardinale, Esq. – Authorized on 2/20/26
      Paul A. Cardinale, Esq.
      Attorney for Defendants WELLPATH, LLC;
      WELLPATH MANAGEMENT, INC.; CRYSTAL
      COMER; TANYA ATKINSON; and PAMELA
      JOHANSEN

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' time to file Opposition to Wellpath Defendants' Reinstated Motion to Dismiss is extended to April 9, 2026, and the related Defendants' reply deadline is extended to 10 days thereafter.

DATED: February 23, 2026

_____
Troy L. Nunley
Chief United States District Judge

---

JOINT STIPULATION AND ORDER TO EXTEND TIME