Nathaniel M. Leeds, Esq. (SBN: 246138)
Rujuta Nandgaonkar, Esq. (SBN: 356648)
MITCHELL LEEDS, LLP
290 7th Avenue
San Francisco, CA 94118
Tel: (415) 702-9928
Fax: (415) 276-9099

Attorneys for Plaintiffs,
DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO CERAGIOLI, deceased by and through ELIZABETH CERAGIOLI, as Successor in Interest, ELIZABETH CERAGIOLI in her personal capacity, MARY CERAGIOLI, ANTHONY CERAGIOLI, and JOSHUA CERAGIOLI, <br><br> Plaintiffs, <br><br> v. <br><br> BUTTE COUNTY, a municipal corporation; Sheriff KORY L. HONEA, individually and in his official capacity as Sheriff of BUTTE COUNTY; CASEY O'HERN, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; JOSEPH GEORGE, individually and in his official capacity as Deputy Sheriff of BUTTE COUNTY; CRYSTAL COMER; TANYA ATKINSON; PAMELA JOHANSEN; and WELLPATH, LLC; WELLPATH MANAGEMENT, Inc.; WELLPATH PARTNERS, LLC; and DOES 1 through 60, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-01113-TLN-DMC <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

//

//

Having considered Plaintiffs' Counsel's Request,

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED.

Plaintiffs have 7 days from the date of this order to file Plaintiffs' Opposition to Defendants' WellPath, LLC, and WellPath Management, Inc.'s Motion to Dismiss.

DATED: June 9, 2026

_____

Troy L. Nunley
Chief United States District Judge