UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO CERAGIOLI, et al.,<br>Plaintiffs,<br><br>v.<br>BUTTE COUNTY, et al.,<br>Defendants. | No. 2:23-cv-01113-TLN-DMC<br><br>**ORDER** |

This matter is before the Court on Defendants Wellpath, LLC and Wellpath Management, Inc.'s (collectively, "Wellpath Defendants") Motion to Dismiss. (ECF No. 52.) After several extensions of time (*see* ECF Nos. 55, 57, 59, 61, 63, 65, 67, 71, 74), Plaintiffs filed a Statement of Non-Opposition. (ECF No. 75.)

In light of Plaintiffs' non-opposition, the Court hereby GRANTS Wellpath Defendants' Motion to Dismiss. (ECF No. 52.) Wellpath Defendants are hereby DISMISSED from this action.

IT IS SO ORDERED.

Date: July 14, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE